# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV19-07482-DOC (AS) | Date | January 31, 2020 |
|---|---|---|---|
| Title | Ramon Arroyo v. Andrew Saul, *Commissioner of Social Security* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On September 13, 2019, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 12) and ordered that the agency electronically serve the administrative record on Plaintiff within **90 days** from service of the complaint. At the time of such service government counsel was to file a Notice of Service with the Court. As of today, however, defendant's counsel has failed to file a Notice of Service with the Court or a request for an extension of time in which to do so.

The Court ORDERS defendant to promptly serve the administrative record on Plaintiff in accordance with the Court's Order Re: Procedures in Social Security Case within five (5) days of the date of this Order. All other deadlines of the CMO remain in effect.

|   0   :   00   |
|---|
| Initials of Preparer     AF |